**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERVIN MIDDLETON, | Case No. 2:16-cv-01657-RFB-CWH |
| Plaintiff, | |
| v. | |
| CARRINGTON MORTGAGE HOLDINGS, LLC, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff's motion (ECF No. 10) to serve defendant, filed on August 11, 2016. Defendants have not filed a response.

Plaintiff is proceeding *in forma pauperis* in this matter, and represents that he mailed Defendant Atlantic Law Group, LLC a copy of his complaint on July 6, 2016, along with an AO 398 form, but had received no response as of August 11, 2016. As of the date of this order, Atlantic Law Group has not filed a response with the court. Plaintiff requests that the court provide service on Defendant Atlantic Law Group, LLC. When a plaintiff is authorized to proceed *in forma pauperis,* the court must order that service be made on behalf of the plaintiff, generally by a United States marshal or deputy marshal. Fed. R. Civ. P. 4(c)(3).

//
//
//
//
//
//
//
//
//
//

1    IT IS THEREFORE ORDERED that Plaintiff's motion (ECF No. 10) to serve defendant is
2 GRANTED.
3    IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a USM-285 form
4 and a proposed summons form, along with a copy of this order.  Upon receipt, Plaintiff shall have
5 thirty days to complete both forms with all required information and return them to the Clerk.
6    IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form from
7 Plaintiff, the Clerk of Court must issue a summons to Atlantic Law Group, LLC, and deliver the
8 summons, the USM-285, a copy of Plaintiff's complaint (ECF No. 1, Ex. A), and a copy of this order
9 to the U.S. Marshal for service on Atlantic Law Group, LLC.
10    DATED: August 31, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge