# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ERVIN MIDDLETON,

    Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC. *et al.*,

    Defendants.

Case No. 2:16-cv-01657-RFB-CWH

**<u>ORDER</u>**

    This Court has an independent obligation to determine its own jurisdiction over a case if there is an issue as to its jurisdiction. See Arbaugh v. Y & H Corp., 546 U.S. 500, 514 (2006).

    The Court has review the Amended Complaint in this case. The Court finds that the Amended Complaint does not establish this Court's jurisdiction over this case. The Plaintiff has alleged unintelligible claims under the "Civil Rights Act of 1866" regarding a real estate transaction in Virginia. He has not plainly or clearly identified an alleged federal violation. The Plaintiff's involvement appears to have been the purchase of the subject property in Virginia in 2014. Plaintiff has not, however, identified any cognizable claim over which this Court would have jurisdiction. The Court therefore dismisses this case for lack of jurisdiction.

    The Court dismisses this case with prejudice. Plaintiff has had one previous opportunity to amend and has not been able to assert claims over which this Court would have jurisdiction. The prolix and unintelligible claims in the Amended Complaint do not suggest that allowing Plaintiff to amend his complaint again would lead to the allegation of claims over which the Court would have jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice. All outstanding motions are DENIED without prejudice as moot. The Clerk of Court is instructed to close this case.

DATED this 30th day of March, 2018.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**